IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NEBRASKA INDIAN COMMUNITY COLLEGE,** | ) ) ) | **CASE NO. 8:05CV320** |
| **Plaintiff,** | ) ) | |
| vs. | ) ) ) | **ORDER DISMISSING DEFENDANT MATTHEW HARTUNG** |
| **WPC GROUP, INC., LLC, WAYNE POSTOAK, individually, and MATTHEW HARTUNG, individually,** | ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Motion to Dismiss Defendant Matthew Hartung from this action. For good cause shown, the motion shall be granted. Accordingly,

1. The Motion to Dismiss (Filing No. 8) is granted; and

2. Defendant Matthew Hartung is hereby dismissed without prejudice, and his name shall be removed from the caption of this case.

Dated this 30th day of August, 2005.

BY THE COURT

s/Laurie Smith Camp
United States District Judge