IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEBRASKA INDIAN COMMUNITY COLLEGE, | ) ) ) | Case No. 8:05CV320 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| WPC GROUP, et al., | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by John Carpenter of the Creighton Legal Clinic, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **October 31, 2005,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 30th day of September 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge