## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NEBRASKA INDIAN COMMUNITY COLLEGE,** | ) | **CASE NO. 8:05CV320** |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER OF** |
| **vs.** | ) | **DISMISSAL** |
| | ) | |
| **WPC GROUP, LLC, and WAYNE POSTOAK,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Stipulation and Joint Motion for Dismissal with Prejudice (Filing No. 22).  The Stipulation and Joint Motion complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii).  I find that the motion should be granted.  Accordingly,

IT IS ORDERED:

1.   The  Stipulation and Joint Motion for Dismissal with Prejudice (Filing No. 22) is granted;

2.   The Complaint and all claims in this matter are dismissed with prejudice; and

3.   The parties shall pay their own costs and attorney's fees.

DATED this 2nd day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge